**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 17th day of August, 2020, I personally served, a true and correct copy of the foregoing documents in U.S. District Court, District of Arizona, Case No. CV-20-01589-PHX-SMB (JZB) on Oleh Kuraiev.

1. Joint Status Report and Attachments
2. Proof of service of Draft report and Letter from AUSA Kristina Morrison to Oleh Kuraiev
3. Notice of Filing Signed Declaration of Helen Hilts in Support of Interim Status Report and attachment
4. Declaration of Kristina Morrison

WILLIAM N STEVE Digitally signed by WILLIAM N STEVE Date: 2020.08.17 18:20:00 -07'00'

William Steve
Deportation Officer
La Palma Correctional Center