FILED LODGED
RECEIVED COPY
SEP 0 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

☑ Preliminary Injunction ☐ TRO ☐ Non-Jury Trial ☐ Jury Trial

Case Number 20-01589 Judge Code ___ Date 09/04/2020

United States vs. Olek Kuraiev

☑ Plaintiff/Petitioner ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Dr. Helen Hilts (Telephone) | 9/04/2020 | 9/4/2020 |
| OIC Jason Ciliberti | 9/04/2020 | 9/04/2020 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |